**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT MACON COUNTY, ILLINOIS**

LUCY CRAYCROFT,

        **Plaintiff,**

    **vs.**

HERITAGE BEHAVIORAL HEALTH CENTER, INC.,

        **Defendant.**

Case No. 2026-LA-2

## DEFENDANT'S WAIVER OF SERVICE OF SUMMONS

I have received a copy of the complaint in the above-captioned matter.

I, on behalf of Defendant, agree to save the expense of serving a summons in this case and agree to waive service of the summons pursuant to 735 ILCS 5/2-213 and Illinois Supreme Court Rule 101(f).

I understand that Defendant will keep all their defenses and/or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waive any objection to the absence of a summons or of service of summons.

I also understand that Defendant must file and serve an answer or a motion within sixty (60) days from the date the Request for Waiver of Service of Summons was sent, namely January 12, 2026.

January 12, 2026

/s/ Emily E. Schnidt
_____
Signature of Attorney for Defendants
Emily E. Schnidt
Borkan & Scahill, Ltd.
eschnidt@borkanscahill.com
D: (312) 447-6286

# EXHIBIT B